UNITED STATES COURT OF INTERNATIONAL TRADE

KENT DISPLAYS, Inc.
            PLAINTIFF,

v.

UNITED STATES,
            DEFENDANT.

Court No. 20-00156

## COMPLAINT

Now comes the above named Plaintiff, Kent Displays, Inc., by and through its Attorneys, Sullivan & Lynch, P.C., complaining against the above named Defendant, and alleges the following as its Complaint:

### JURISDICTION AND PARTIES

1. The United States Court of International Trade has jurisdiction over this matter pursuant to the provisions of Title 28 United States Code Section 1581(a).

2. The Plaintiff is the importer of record, purchaser and ultimate consignee of the merchandise imported under Entry DE6-5007164-5 filed at the Customs Port of Cleveland, Ohio, and liquidated on June 14, 2019.

3. The Defendant is the United States through the actions of the United States Customs and Border Protection, Port Director of Customs, Cleveland, Ohio (CBP).

4. Administrative Protest 410119100594 contesting the liquidation of Entry DE6-5007164-5 was timely filed and denied on March 2, 2020.

5. All liquidated duties have been paid.

6. This action was commenced by the filing of a Summons on August 18, 2020 with this Court within the time prescribed by law.

## FACTS

7. The involved imported article is identified on the commercial invoice that accompanied the Entry documents as "Service, WT16312 (Dashboard)Trans, STG. WallMnt, Gry, lbl, bulk".

8. The involved imported article more specifically identified by the Model Number WT16312 is a battery powered flexible electronic eWriter device containing a flexible pressure sensitive liquid crystal writing film.

9. Model Number WT16312 is manufactured in China to Kent Displays' design and specification.

10. By Notice, dated June 20, 2018, published in the Federal Register at 83 FR 28710, the United States Trade Representative (USTR), advised that certain articles of Chinese origin imported on or after July 6, 2018 would be subject to an additional ad valorem duty of 25%.

11. The Immediate Transportation Entry for Entry DE6-5007164-5 was accepted by U.S. Customs and Border Protection on July 6, 2018 and therefore, considered entered for consumption on that date.

12. The involved imported article was classified on Entry DE6-5007164-5 under subheading 9013.80.7000 of the Harmonized Tariff Schedule of the United States (HTSUS) which is one of the Tariff provisions cited by the USTR in the Federal Register Notice of June 20, 2018 as being subject to the additional ad valorem duty of 25% imposed pursuant to Section 301 of the Trade Act of 1974.

13. Kent Displays paid $39,200.75 in Section 301 25% ad valorem duty on the involved merchandise entered under Entry DE6-5007164-5 as provided for at HTSUS subheading 9903.88.01.

14. Entry DE6-5007164-5 liquidated on June 14, 2019 as entered with Tariff Classification under HTSUS subheadings 9013.80.7000 and 9903.88.01.

15. By Notice, dated July 11, 2018, published in the Federal Register at 83 FR 32181, the USTR established a process for interested parties to request an exclusion from the Section 301 ad valorem duty of 25% imposed as of July 6, 2018 pursuant to Section 301 of the Trade Act of 1974.

16. On August 2, 2018, Kent Displays filed a Product Exclusion Request in proper form with the USTR for its flexible electronic eWriter devices to include Model Number WT16312 classified in HTSUS item number 9013.80.7000 (Product Exclusion Request Number USTR-2018-0025-0282).

17. The Product Exclusion Request form mandated by the USTR required that the Requestor provide the 10 digit HTSUS code covering the article for which the Product Exclusion was requested.

18. Kent Displays reported to the USTR that the article for which the Product Exclusion was requested was classified under HTSUS 9013.80.7000 due to the fact that since January 2014 until July 6, 2018 Kent Displays filed 337 Entries with CBP for flexible electronic eWriter devices to include Model Number WT16312. The Entries were consistently liquidated as entered under HTSUS subheading 9013.80.7000.

19. On September 26, 2019, the USTR advised Kent Displays that its Product Exclusion Request was granted and that flexible pressure sensitive LCD panel display devices used as a surface for electronic writing (described in statistical reporting number 9013.80.7000) imported on or after July 6, 2018 were excluded from Section 301 25% ad valorem duty. The Product Exclusion was designated in the HTSUS at 9903.88.19.

20. In accordance with 19 CFR 174 and CBP instructions concerning the retroactive application of Section 301 Product Exclusions, Kent Displays' Customs Broker filed

Administrative Protest 410119100594 on November 21, 2019 requesting that CBP reliquidate Entry DE6-5007164-5 and refund the Section 301 25% ad valorem duty paid by Kent Displays.

21. On March 2, 2020, CBP notified the Protest Filer that Protest 410119100594 was denied because the "merchandise in the instant shipment is an electrical device with an individual function that is more properly classified under HTSUS 8543.70.9960. No correction has been made to 8543.70.9960 as the result would be adverse to the importer".

22. The decision by U.S. Customs and Border Protection complained of by the Plaintiff is the refusal to honor the Section 301 Product Exclusion identified as HTSUS subheading 9903.88.19 granted to Kent Displays by the USTR for goods entered under Entry DE6-5007164-5.

## COUNT I
### (Established and Uniform Practice – 19 U.S.C. § 1315(d))

23. Plaintiff Kent Displays incorporates by reference each and every allegation contained in Paragraphs 1 through 22 of this Complaint in support of this Count I.

24. Over a 4-year period immediately preceding Kent Displays Section 301 Product Exclusion Request filed with the USTR, Defendant U.S. Customs and Border Protection consistently liquidated at various Ports of Entry within the CBP Districts of Cleveland, Pembina, Seattle, Buffalo, Chicago, Newark, Dallas/Ft. Worth, Los Angeles and San Francisco approximately three hundred thirty-seven (337) Entries filed by Kent Displays of Model WT16312 eWriter and merchandise identical or substantially similar to the Model WT16312 eWriter device imported under Entry DE6-5007164-5 that is the subject of this Complaint, as entered by Kent Displays under HTSUS subheading 9013.80.7000.

25. Kent Displays reasonably believed based upon the consistent and uniform liquidation of Entries covering the Model WT16312 eWriter and merchandise identical or substantially similar to the Model WT16312 eWriter device that the involved merchandise was properly classified under HTSUS subheading 9013.80.7000.

26. Based upon its reasonable reliance as set out in the preceding paragraphs of this Complaint, Kent Displays secured a Section 301 Product Exclusion from the USTR for the Model WT16312 eWriter and merchandise identical or substantially similar to the Model WT16312 eWriter device as classified under HTSUS subheading 9013.80.7000.

27. CBP liquidated Entry DE6-5007164-5 under HTSUS subheading 9013.80.7000, yet failed to honor Kent Displays Section 301 Product Exclusion, depriving Kent Displays of the benefits of the Product Exclusion reasonably secured by Kent Displays from the USTR on September 26, 2019.

## COUNT II
### (Tariff Classification Claim)

28. Plaintiff Kent Displays incorporates by reference each and every allegation contained in Paragraphs 1 through Paragraphs 27 of this Complaint in support of this Count II of this Complaint.

29. Kent Displays asserts that Model 16312 eWriter device is properly classified under HTSUS subheading 9013.80.7000 and entitled to the Section 301 Product Exclusion identified as HTSUS subheading 9903.88.19.

## COUNT III
### (Alternate Tariff Classification)

30. Plaintiff Kent Displays incorporates by reference each and every allegation contained in

Paragraphs 1 through 29 of this Complaint in support of this Count III of this Complaint.

31. If Model 16312 eWriter device is found to be properly classified under HTSUS subheading 8543.70.9960 as asserted in the Protest Decision issued by CBP on March 2, 2020, Section 301 25% duties collected by CBP on Entry DE6-5007164-5 should be refunded to Kent Displays because Section 301 25 % duty did not apply to goods classified under HTSUS subheading 8543.70.9960 on July 6, 2018 when the goods imported under Entry DE6-5007164-5 were entered for consumption. HTSUS subheading 8543.70.9960 became subject to Section 301 25% duty under HTSUS subheading 9903.88.02 on September 18, 2018.

## Prayer for Relief

WHEREFORE, Plaintiff Kent Displays Inc. requests that this Honorable Court enter an Order and Judgment in favor of Plaintiff Kent Displays Inc.

1) Holding that there existed a uniform and established practice of classifying the involved merchandise imported under subheading 9013.80.7000 of the Harmonized Tariff Schedule of the United States and Defendant U.S. Customs and Border Protection should therefore honor the Section 301 Product Exclusion HTSUS subheading 9903.88.19 for the goods entered under Entry DE6-5007164-5;

2) Order Defendant U.S. Customs and Border Protection to reliquidate Entry DE6-5007164-5 applying Section 301 Product Exclusion HTSUS subheading 9903.88.19 to the goods entered under Entry DE6-5007164-5 and refund the Section 301 25% duty paid under Entry DE6-5007164-5;

3) Alternatively, order Defendant U.S. Customs and Border Protection, Port of Cleveland to reliquidate Entry DE6-5007164-5 classifying the imported merchandise under subheading 8543.70.9960 of the Harmonized Tariff Schedule of the United States and

refund to Kent Displays Inc. the Section 301 duty paid under Entry DE6-5007164-5 less ad valorem duty required by HTSUS subheading 8543.70.9960;

4) Order that monies paid by Kent Displays Inc. in excess of lawful duties be returned to Plaintiff with all lawful interest;

5) Grant such further and other relief that the Court deems just and proper under the facts and circumstances presented in this Complaint.

Respectfully submitted,

Kent Displays Inc.

By its Attorneys,
**SULLIVAN & LYNCH, P.C.**
800 Turnpike Street, Suite 300
North Andover, MA 01845
(617) 591-8787

by: _____
Herbert J. Lynch
Trial Attorney
E-mail Lynch@S-L.com
Massachusetts BBO #308820

Dated: July 18, 2022
North Andover, Massachusetts