UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:  HON. CLAIRE R. KELLY, JUDGE

| | | |
|---|---|---|
| KENT DISPLAYS, INC., | : | |
| | : | |
| Plaintiff, | : | Court No. 20-00156 |
| v. | : | |
| UNITED STATES, | : | |
| Defendant. | : | |

### DEFENDANT'S REPLY BRIEF IN SUPPORT OF ITS CROSS-MOTION FOR SUMMARY JUDGMENT

On March 8, 2024, plaintiff filed its opposition to our cross-motion for summary judgment.  Docket No. 28.  In its opposition, plaintiff advised that it "rests on the arguments presented in Plaintiff's Motion for Summary Judgment."  *Id*.  Given that plaintiff has not asserted additional arguments beyond those in its moving brief, for purposes of our reply, we rely on the arguments asserted in our cross-motion for summary judgment.  However, we stand ready to provide additional briefing on any outstanding issues if it will assist the Court with its determination of the merits of this action.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

By:  /s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

|  |  |
|---|---|
|  | /s/ Marcella Powell |
|  | MARCELLA POWELL |
|  | Senior Trial Counsel |
|  | Civil Division, Dept. of Justice |
|  | Commercial Litigation Branch |
|  | 26 Federal Plaza, Room 346 |
|  | New York, New York l0278 |
|  | Attorneys for Defendant |
| Dated: March 29, 2024 | Tel. No. 2l2-264-9230 or 1873 |